**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | **CASE NO.: 25-59161** |
| **SHINDER DENICE BROWN,** | : | |
| | : | **CHAPTER 13** |
| | : | |
| **DEBTOR** | : | **JUDGE CAVENDER** |

---

### NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN

**PLEASE TAKE NOTICE** that the above-named Debtor has filed a pre-confirmation modification to the Chapter 13 Plan. The pre-confirmation modification may materially and adversely change the treatment or rights of creditors from those set forth in the Chapter 13 Plan previously filed.

**Your rights may be affected.** **You should read the pre-confirmation modification carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one**.

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

(1) File with the court a written objection, explaining your positions and views as to why the court should not confirm the Chapter 13 Plan, as modified. The written objection must be filed at the following address.

**Clerk's Office**
**U.S. Bankruptcy Court**
**Suite 1340**
**75 Ted Turner Dr., SW**
**Atlanta, Georgia 30303**

If you mail a copy of your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it not less than seven days before the hearing on confirmation scheduled below.

(2) Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee. You must attach a certificate of service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

If you or your attorney do not file a timely objection, the court may decide that you do not oppose confirmation of the Chapter 13 plan, as modified.

**PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on Confirmation of the Modified Chapter 13 Plan at 9:30 A.M. on December 2, 2025, in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which must be attended in person, unless the Court orders otherwise.**

Dated: November 3, 2025.

/s/ Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
GA Bar No. 406060
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, GA  30038
(770) 800-0440
stan@sjklawfirm.com
Attorney for Debtor

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on November 3, 2025, I electronically filed the foregoing **"Notice of Hearing on Confirmation of Modified Plan and of Deadline for Objections to Confirmation of Modified Plan"** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Nancy J. Whaley – Standing Chapter 13 Trustee**

   I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Shinder Denice Brown
2580 Summerlake Road
Apt 2308
Lithia Springs, GA 30122

Navy Federal Credit Union
Attn: Jessica Arestad (Bankruptcy Specialist)
PO Box 3000
Merrifield, VA 22119-3000

Navy Federal Credit Union (Headquarters)
820 Follin Lane SE
Vienna, VA 22180

Navy Federal Credit Union
Attn: Dietrich Kuhlmann-CEO
PO Box 3000
Merrifield, VA 22119-3000

All creditors and parties of interest on the attached matrix

       /s/ Stanley J. Kakol, Jr._____
       Stanley J. Kakol, Jr.
       GA Bar No. 406060
       The Law Offices of Stanley J. Kakol, Jr.
       5353 Fairington Road, Suite C
       Lithonia, GA  30038
       (770) 800-0440

```
Label Matrix for local noticing       Affirm, Inc.                          Affirm, Inc.
113E-1                                 Attn: Bankruptcy                      Resurgent Capital Services
Case 25-59161-jwc                      650 California St, Fl 12              PO Box 10587
Northern District of Georgia           San Francisco, CA 94108-2716         Greenville, SC 29603-0587
Atlanta
Mon Nov  3 17:36:14 EST 2025

(p)AUSTIN CAPITAL BANK                 Avant/WebBank                        Brandon S. Lefkowitz
ATTN DENAE REEVES                      222 North Lasalle Street             29777 Telegraph Road, Suite 2440
8100 SHOAL CREEK BLVD                  Suite 1600                           Southfield, MI 48034-7667
SUITE 100                              Chicago, IL 60601-1112
AUSTIN TX 78757-8041


Bridgecrest Acceptance Corp            Bridgecrest Acceptance Corporation   Bridgecrest Acceptance Corporation by AIS Po
Po Box 53087                           AIS Portfolio Services, LLC          4515 N. Santa Fe Ave. Dept. APS
Suite 100                              4515 N Santa Fe Ave. Dept. APS       Oklahoma City, OK 73118-7901
Phoenix, AZ 85072-3087                 Oklahoma City, OK 73118-7901


Shinder Denice Brown                   CASCADE CAPITAL FUNDING, LLC          Capital Community Bank
2580 Summerlake Road                   c/o Cascade Receivables Management, LLC  c/o Opportunity Financial, LLC
Apartment 2308                         5341 Old Redwood Hwy Suite 210       P.O. Box 5040
Lithia Springs, GA 30122-3846          Petaluma, CA 94954-7127              Fredericksburg, VA 22403-0640


Capital One                            Central Portfolio Control            Chimefinal
Attn: Bankruptcy                       Attn: Bankruptcy Department          Attn: Bankruptcy
P.O. Box 30285                         Po Box 965060                        Po Box 417
Salt Lake City, UT 84130-0285          Orlando, FL 32896-5060               San Francisco, CA 94104-0417


(p)CONTINENTAL FINANCE COMPANY         Fingerhut Fetti/Webbank              First Premier Bank
PO BOX 3220                            Attn: Bankruptcy                     3820 N Louise Ave
BUFFALO NY 14240-3220                  6250 Ridgewood Road                  Sioux Falls, SD 57107-0145
                                       Saint Cloud, MN 56303-0820


Georgia Department of Revenue          INPHYNET CONTRACTING SERVICES LLC    Internal Revenue Service
2595 Century Parkway NE                c/o Wakefield & Associates LLC,      P.O. Box 7346
Suite 339                              PO BOX 58                            Philadelphia, PA 19101-7346
Atlanta, GA 30345-3173                 Fort Morgan CO 80701-0058


(p)JEFFERSON CAPITAL SYSTEMS LLC       Jefferson Capital Systems, Llc       Stanley J. Kakol Jr.
PO BOX 7999                            Attn: Bankruptcy                     The Law Offices of Stanley J. Kakol, Jr.
SAINT CLOUD MN 56302-7999              200 14th Ave E                       5353 Fairington Road
                                       Sartekk, MN 56377-4500               Suite C
                                                                            Lithonia, GA 30038-1164


Kikoff                                 Kinum Inc                            LVNV Funding, LLC
Attn: Bankruptcy                       770 Lynnhaven Pkwy.                  Resurgent Capital Services
75 Broadway                            Ste. 160                            PO Box 10587
San Francisco, CA 94111-1423           Virginia Beach, VA 23452-7343        Greenville, SC 29603-0587


Lvnv Funding/Resurgent Capital         MERRICK BANK                         Merrick Bank Corp
Attn: Bankruptcy                       Resurgent Capital Services           Po Box 9201
Po Box 10497                           PO Box 10368                         Old Bethpage, NY 11804-9001
Greenville, SC 29603-0497              Greenville, SC 29603-0368
```

```
(p)MOHELA                          Mohela                             MoneyLion Inc.
CLAIMS DEPARTMENT                  Attn: Bankruptcy                   PO Box 1547
633 SPIRIT DRIVE                   P.O.Box 9635                       Sandy, UT 84091-1547
CHESTERFIELD MO 63005-1243         Wilkes Barr, PA 18773-9635


MoneyLion, Inc                     Navient                            Navy Federal Credit Union
Attn: Bankruptcy Dept              Po Box 9500                        Attn Bankruptcy
P.O. Box 1547                      Wilkes Barre, PA 18773-9500        P.O. BOX 3000
Sandy, UT 84091-1547                                                  MERRIFIELD, VA 22119-3000


Navy Federal Credit Union          OppLoans                           SAPIENTES FUNDING, LLC
Attn: Bankruptcy                   Attn: Bankruptcy                   c/o Wakefield & Associates LLC,
Po Box 3302                        One Prudential Plaza, 130 E Randolph St,   PO BOX 58
Merrifield, VA 22119-3302          Chicago, IL 60601                  Fort Morgan CO 80701-0058


Santander Consumer USA, Inc        (p)SELF INC                        Sim's Furniture
Attn: Bankruptcy                   901 E 6TH STREET SUITE 400         Attn: Bankruptcy
P.O. Box 961245                    AUSTIN TX 78702-3241               Po Box 6429
Fort Worth, TX 76161-0244                                             Greenville, SC 29606-6429


Sunrise Banks                      United States Attorney             WebBank
Attn: Bankruptcy                   Northern District of Georgia       PO Box 105555
2525 Wabash Avenue                 75 Ted Turner Drive SW, Suite 600  Atlanta, GA 30348-5555
St. Paul, MN 55114-1020            Atlanta GA 30303-3309


Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303-1286
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Austin Capital Bank                Continental Finance Co             Jefferson Capital Systems, LLC
Attn: Bankruptcy Dept              Attn: Bankruptcy                   PO BOX 7999
8100 Shoal Creek Blvd, Ste 100     4550 Linden Hill Rd, Ste 4         SAINT CLOUD, MN 56302-9617
Austin, TX 78757                   Wilmington, DE 19808


(d)Jefferson Capital Systems, LLC  Mohela                             (d)Mohela/dofed
PO Box 7999                        Attn: Bankruptcy                   633 Spirit Drive
St. Cloud, MN 56302-9617           633 Spirit Dr                      Chesterfield, MO 63005
                                   Chesterfield, MO 63005


Self Financial/lead Ba             End of Label Matrix
901 E. 6th Street                  Mailable recipients      45
Austin, TX 78702                   Bypassed recipients       0
                                   Total                    45
```